UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED VIA MAIL

In Re: Dale S. Griffen                    Case No. 8:09-bk-14366-CPM

DEC 28 2015

Debtor(s)                                 Chapter : 13

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a <u>creditor</u> in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: <u>Never received check.</u>

---

Name of Claimant: <u>Solace Financial, LLC</u>

Mailing Address: <u>21520 Yorba Linda Blvd. Suite G-470</u>

City: <u>Yorba Linda</u>          State : <u>CA</u>     Zip Code: <u>92887</u>

Telephone Number: Home: <u>(714) 325-1950</u>     Work: _____

Last Four Digits of SS# or Tax ID Number: <u>20-5135004</u>

Amount of Claim: <u>$5,770.33</u>     ($4,110.05, $674.02, $986.26)

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____                    _12-17-15_
John J. Jewelinski, Owner of                        Date
Solace Financial, LLC



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**　　　　　　　CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California　　　　　　　　　　　　)
County of __Orange__　　　　　　　　　　)

On _Dec 17, 2015_ before me, _Dalsung D. Chong, Notary Public_,
　　　　Date　　　　　　　　　　　　　Here Insert Name and Title of the Officer
personally appeared __John J. Jewelinski__
_____
　　　　　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　Signature of Notary Public

DALSUNG D. CHONG
Commission # 2071888
Notary Public - California
Orange County
My Comm. Expires Jul 17, 2018

Place Notary Seal Above

──────────── **OPTIONAL** ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____　　　　Signer's Name: _____
☐ Corporate Officer — Title(s): _____　　☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General　　　　　　　☐ Partner — ☐ Limited ☐ General
☐ Individual　　☐ Attorney in Fact　　　　　　☐ Individual　　☐ Attorney in Fact
☐ Trustee　　　☐ Guardian or Conservator　　　☐ Trustee　　　☐ Guardian or Conservator
☐ Other: _____　　　　　　　☐ Other: _____
Signer Is Representing: _____　　Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA

In re:  Case No. 8:09-bk-14366-CPM

Chapter 13

Dale S. Griffen

DEBTOR                                        /

## CERTIFICATE OF SERVICE

Notice is hereby given that on __12-17-15__, a copy of the Application To Withdraw Unclaimed Funds was served at the following address by U.S. Mail to:

US Attorney at Attn: Civil Procedures Clerk

400 N. Tampa St. Suite 3200

Tampa, FL 33602

Amount of Unclaimed Funds:

$4,110.05          $674.02          $986.26

------------------------------------------------------------------------

Total: $5,770.33

_[signature]_

John J. Jewelinski, Owner of Solace Financial, LLC

# **CORPORATE LIMITED POWER OF ATTORNEY**

**KNOW ALL MEN BY THESE PRESENTS,** that I,

**John J. Jewelinski, Owner** of **Solace Financial, LLC** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Solace Financial, LLC** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this __17__ day of __DECEMBER__ 2015

By _____

John J. Jewelinski, Owner of

Solace Financial, LLC


County of __Orange__

State of __California__


The above named **John J. Jewelinski** known to be the individual described in (and holding the position designated in ) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____

Notary Public

My commission expires: __July 17, 2018__

DALSUNG O. CHONG
Commission # 2071888
Notary Public - California
Orange County
My Comm. Expires Jul 17, 2018

# U.S. Bankruptcy Court

## Middle District of Florida
## Funds Unclaimed Directory

Search key: Griffen
Sorted by: Debtor

| Case Number | Debtor | Creditor | Amount |
|---|---|---|---|
| 8:09-bk-14366-CPM | GRIFFEN, DALE | SOLACE FINANCIAL LLC<br>FILE / BOX 749414<br>LOS ANGELES, CA 90074-9414 | $4,110.05 |
| 8:09-bk-14366-CPM | GRIFFEN, DALE | SOLACE FINANCIAL LLC<br>FILE / BOX 749414<br>LOS ANGELES, CA 90074-9414 | $674.02 |
| 8:09-bk-14366-CPM | GRIFFEN, DALE | SOLACE FINANCIAL LLC<br>FILE / BOX 749414<br>LOS ANGELES, CA 90074-9414 | $986.26 |

www.flmb.uscourts.gov
New Search





**Internal Revenue Service** The Digital Daily
DEPARTMENT OF THE TREASURY

| | |

**Federal Tax ID / EIN**

This is your provisional Employer Identification Number:

**20-5135004**

Today's Date is: June 30, 2006 GMT

You will receive a confirmation letter in U.S. mail within fifteen days.

The letter will also contain useful tax information for your business or organization.

If you have input any of the information on your application in error, please wait seven days and contact the EIN Toll Free area at 1-800-829-4933, Monday - Friday, 7:30am - 5:30pm. If you do not want to call, please make corrections on the letter you receive confirming your EIN and return it to the IRS.

If you are going to complete other on-line applications that require your Employer Identification Number(EIN) you can copy it by performing the following steps:

1) Use your mouse to highlight your EIN (blue number on top of page) by moving your pointer on top of the number.
2) Press the Ctrl key at the same time pressing the C key.

Once you copy your EIN you can paste it in the appropriate place by pressing the Ctrl key at the same time pressing the V key.

You may click on the buttons below for different print options or to fill out another Form SS-4.

| Review and Print Form SS-4 | Fill Out Another Form SS-4 |

Click here to return to the Internet Employer Identification Number landing (start) page.

| Form **SS-4**<br>(Rev. December 2001)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Employer Identification Number**<br>(For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.)<br>▶ See separate instructions for each line. ▶ Keep a copy for your records. | EIN<br>20-5135004<br>OMB No. 1545-0003 |
|---|---|---|

| 1* Legal name of entity (or individual) for whom the EIN is being requested<br>SOLACE FINANCIAL LLC |
|---|

| 2 Trade name of business (if different from name on line 1) | 3 Executor, trustee, "care of" name |
|---|---|

| 4a* Mailing address (room, apt., suite no. and street, or P.O. box)<br>21520 YORBA LINDA BLVD G470 | 5a Street address (if different) (Do not enter a P.O. box) |
|---|---|
| 4b* City, state, and ZIP code<br>YORBA LINDA CA 92887 - | 5b City, state, and ZIP code |

| 6* County and state where principal business is located<br>County ORANGE State CA |
|---|

| 7a* Name of principal officer, general partner, grantor, owner, or trustor<br>JOHN J JEWELINSKI | 7b* SSN, ITIN, EIN<br>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 |
|---|---|

8a* Type of entity (check only one)
- ☐ Sole Proprietor (SSN)
- ☐ Partnership
- ☒ Corporation (enter form number to be filed) ▶ LLC1
- ☐ Personal Service
- ☐ Church or church-controlled organization
- ☐ Other nonprofit organization (specify) ▶
- ☐ Other (specify) ▶
- ☐ Estate (SSN of decedent)
- ☐ Plan administrator (SSN)
- ☐ Trust (SSN of grantor)
- ☐ National Guard
- ☐ Farmers' cooperative
- ☐ REMIC
- Group Exemption NO. (GEN) ▶
- ☐ State/local government
- ☐ Federal government/military
- ☐ Indian tribal government/enterprises

| 8b* If a corporation, name the state or foreign country (if applicable) where incorporated | State<br>CA | Foreign country |
|---|---|---|

9* Reason for applying (check only one)
- ☒ Started new business (specify type)
  ▶ FINANCIAL
- ☐ Hired employees (Check the box and see line 12)
- ☐ Compliance with IRS withholding regulations
- ☐ Other (specify) ▶
- ☐ Banking purpose (specify purpose) ▶
- ☐ Changed type of organization (specify new type) ▶
- ☐ Purchased going business
- ☐ Created a trust (specify type) ▶
- ☐ Created a pension plan (specify type) ▶

| 10* Date business started or acquired (month, day, year)<br>JUN 27 2006 | 11* Closing month of accounting year<br>DEC |
|---|---|

| 12 First date wages or annuities were paid or will be paid (month, day, year) Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (month, day, year) ................ ▶ JUN 27 2006 | | | |
|---|---|---|---|
| 13 Highest number of employees expected in the next twelve months Note: If the applicant does not expect to have any employees during the period, enter "-0-" ............... ▶ | Agriculture<br>0 | Household<br>0 | Other<br>0 |

14* Check box that best describes the principal activity of your business
- ☐ Construction  ☐ Rental & leasing  ☐ Transportation & warehousing  ☐ Health care & social assistance  ☐ Wholesale-agent/broker
- ☐ Real estate  ☐ Manufacturing  ☐ Finance & insurance  ☐ Accommodation & food service  ☐ Wholesale-other
- ☒ Other (specify) FINANCIAL SERVICES  ☐ Retail

| 15* Indicate principal line of merchandise sold; specific construction work done; products produced; or services provided.<br>FINANCIAL SERVICES |
|---|

| 16a* Has the applicant ever applied for an employer identification number for this or any other business? ........... ☐ Yes ☒ No<br>Note If "Yes" please complete lines 16b and 16c |
|---|
| 16b If you checked "Yes" on line 16a, give applicant's legal name and trade name shown on prior application if different from line 1 or 2 above.<br>Legal name ▶<br>Trade name ▶ |

| 16c Approximate date when, and city and state where, the application was filed. Enter previous employer identification number if known. | | |
|---|---|---|
| Approximate date when filed (month, day, year) | City and state where filed | Previous EIN |

| Third Party Designee | Complete section only if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form |  |
|---|---|---|
| | Designee's name<br>VICTOR ESTRADA | Designee's telephone number (include area code)<br>( 949 ) 450 - 4942 |
| | Address and ZIP code<br>FOUR VENTURE 390  IRVINE CA 92618 - | Designee's fax number (include area code)<br>( 949 ) 453 - 8774 |

| Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.<br>Name and title (type or print clearly) | Applicant's telephone number (include area code) |
|---|---|

| ▶ VICTOR ESTRADA | | | ( 714 ) 892 - 5020 |
|---|---|---|---|
| Signature ▶ Not Required | Date ▶ | June 30, 2006 GMT | Applicant's fax number (include area code) |
| | | | ( ) - |

**Solace Financial, LLC**
5401A South Blvd. #170
Charlotte, NC 28217

Registration Section
Division of Corporations
409 E. Gaines St.
Tallahassee, FL 32399

To Whom It May Concern:

Enclosed you will find the completed Application for Authorization to Transact Business for a Foreign Limited Liability Company. You will also find our required fee and other forms that need to be filed.

Please send any mail correspondence to:

Theresa Conner
Solace Financial, LLC
21520 Yorba Linda Blvd #G470
Yorba Linda, CA 92887

If you have any questions regarding this application, please contact Theresa Conner at (714) 632-7754 or by fax at (714) 632-7758.

Sincerely,

John Jewelinski
Managing-Manager/Member

Enclosures

These documents have been completed by Robin Buendiger, on behalf of our member.
If you have additional questions, please call (952) 928-8000 ext. 233.
ACA International

# APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. Solace Financial, LLC
   (Name of Foreign Limited Liability Company)

2. California
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 20-5135004
   (FEI number, if applicable)

4. 06/27/2006
   (Date of Organization)

5. Perpetual
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. 10/01/2006
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. 5401A South Blvd #170, Charlotte, NC 28217
   (Street Address of Principal Office)

8. If limited liability company is a manager-managed company, check here [x]

9. The name and usual business addresses of the managing members or managers are as follows:

   John Joseph Jewelinski, 21520 Yorba Linda Blvd #G470, Yorba Linda, CA 92887

   *SECRETARY OF STATE TALLAHASSEE FLORIDA   06 SEP 20 PM 12:21   FILED*

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida:

    Debt Collection

    *[signature]*
    Signature of a member or an authorized representative of a member.
    (In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

    John J. Jewelinski
    Typed or printed name of signee



## BUSINESS TAX CERTIFICATE

**Name:** SOLACE FINANCIAL, LLC
**Address:** 160 N RIVERVIEW DR #200
**Owner / Officer:** JOHN J JEWELINSKI, MEMBER
SOLACE FINANCIAL LLC

**Expiration Date:** 08/01/13
**Date Issued:** 03/10/11

POST CERTIFICATE IN A
CONSPICUOUS PLACE

This certificate is not transferable or assignable

**Classification:** 81122

This certificate is issued without verification that the holder is subject to or exempted from licensing by the state, county, federal government, or any other governmental agency.

**Business License Number:** BUS2011-00912

**Type of Business:** COLLECTION AGENCY
(NO EMPLOYEES)

**To:** SOLACE FINANCIAL, LLC
160 N RIVERVIEW DR #200
ANAHEIM, CA 92808

FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

# Detail by Entity Name

**Foreign Limited Liability Company**

SOLACE FINANCIAL, LLC

**Filing Information**

| | |
|---|---|
| Document Number | M06000005198 |
| FEI/EIN Number | 20-5135004 |
| Date Filed | 09/20/2006 |
| State | CA |
| Status | INACTIVE |
| Last Event | REVOKED FOR REGISTERED AGENT |
| Event Date Filed | 09/05/2014 |
| Event Effective Date | NONE |

**Principal Address**

2550 W. TYVOLA ROAD
SUITE 240
CHARLOTTE, NC 28217

Changed: 04/08/2010

**Mailing Address**

2550 W. TYVOLA ROAD
SUITE 240
CHARLOTTE, NC 28217

Changed: 04/08/2010

**Registered Agent Name & Address**

NATIONAL CORPORATE RESEARCH, LTD., INC.
155 OFFICE PLAZA DRIVE
TALLAHASSEE, FL 32301

Registered Agent Resigned: 04/29/2014

**Authorized Person(s) Detail**

**Name & Address**

Title MEMB

JEWELINSKI, JOHN J
160 N. RIVERVIEW DRIVE, SUITE 200
ANAHEIM HILLS, CA 92808

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2011 | 04/07/2011 |
| 2012 | 04/30/2012 |
| 2013 | 05/01/2013 |

## Document Images

| | |
|---|---|
| 09/05/2014 -- Revoked for Registered Agent | View image in PDF format |
| 04/29/2014 -- Reg. Agent Resignation | View image in PDF format |
| 05/01/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2012 -- Reg. Agent Change | View image in PDF format |
| 04/07/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 07/05/2007 -- ANNUAL REPORT | View image in PDF format |
| 09/20/2006 -- Foreign Limited | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State

## 2013 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M06000005198

**Entity Name:** SOLACE FINANCIAL, LLC

**Current Principal Place of Business:**

2550 W. TYVOLA ROAD
SUITE 240
CHARLOTTE, NC 28217

**Current Mailing Address:**

2550 W. TYVOLA ROAD
SUITE 240
CHARLOTTE, NC 28217

**FEI Number:** 20-5135004

**Name and Address of Current Registered Agent:**

NATIONAL CORPORATE RESEARCH, LTD., INC.
155 OFFICE PLAZA DRIVE
TALLAHASSEE, FL 32301 US

**FILED**
**May 01, 2013**
**Secretary of State**
**CC7883940115**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                                Date

### Authorized Person(s) Detail :

| | |
|---|---|
| Title | MEMB |
| Name | JEWELINSKI, JOHN J |
| Address | 160 N. RIVERVIEW DRIVE, SUITE 200 |
| City-State-Zip: | ANAHEIM HILLS CA 92808 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOHN J. JEWELINSKI                                MEMBER                                05/01/2013

Electronic Signature of Signing Authorized Person(s) Detail                                                        Date

# State of California
## Secretary of State



I, BRUCE McPHERSON, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___1___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

JUN 2 7 2006

BRUCE McPHERSON
Secretary of State

Sec/State Form CE-107 (REV 03/31/05)

OSP 05 94200



# State of California
## Secretary of State

**File # 200617810106**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

**JUN 27 2006**

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")

1. NAME OF LIMITED LIABILITY COMPANY

   Solace Financial, LLC

**PURPOSE** (The following statement is required by statute and may not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   John J. Jewelinski

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA   CITY   STATE   ZIP CODE

   21520 Yorba Linda Blvd., Suite G-470                    Anaheim Hills       CA      92887

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:
   - [✓] ONE MANAGER
   - [ ] MORE THAN ONE MANAGER
   - [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   _[signature]_                                            June 26, 2006
   SIGNATURE OF ORGANIZER                                   DATE

   Lawrence M. Cron, Esq.
   TYPE OR PRINT NAME OF ORGANIZER

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be sent.)

| | |
|---|---|
| NAME | Lawrence M. Cron, Esq. |
| FIRM | HORWITZ & CRON |
| ADDRESS | Four Venture Plaza, Suite 390 |
| CITY/STATE/ZIP | Irvine, California 92618 |

LLC-1 (REV 03/2005)                                        APPROVED BY SECRETARY OF STATE

# HORWITZ, CRON & ARMSTRONG, LLP

Attorneys at Law
26475 Rancho Parkway South
Lake Forest, California 92630
Telephone (949) 540-6540
Facsimile (949) 540-6578

January 6, 2011

*Re:*   Solace Financial, LLC

To Whom It May Concern:

This firm has worked with Solace Financial, LLC and its management since the inception of the company in since inception in 2006. At all times during our relationship with Solace Financial, LLC, we have found the company and its management to be honest and dependable in business matters. We would recommend Solace Financial, LLC as a fair and dependable company.

If you desire to discuss Solace Financial, LLC further, please do not hesitate to contact me.

Sincerely,

HORWITZ CRON & ARMSTRONG, LLP

Lawrence M. Cron



5 HUBBLE IRVINE CALIFORNIA 92618
949 450 1450 P   949 450 1451 F

January 7, 2011

Re: Solace Financial, LLC

Dear Sir / Madam:

Our firm has worked with Solace Financial, LLC and its management since the inception of the company in 2006. At all times during our relationship with Solace Financial, LLC, we have found the company and its management to be honest and dependable in all business matters.

We have also been the CPA firm that has represented Mr. John J. Jewelinski in his personal tax and accounting manners for the last 10 years. Mr. Jewelinski has always dealt with us and our firm with the utmost professionalism, fairness and honesty.

If you have any furtherer questions, please feel free to contact the undersigned.

Sincerely,

Oz Abregov, CPA

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

Tampa and Fort Myers Divisions

In re:                                                          Case No: 8:09-bk-14366-CPM

Dale S. Griffen                                            Chapter 13

_____Debtor_____/

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

*This case came before the Court upon the motion filed by Solace Financial, LLC*, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $5,770.33 to Solace Financial, LLC 21520 Yorba Linda Blvd. Suite G-470 Yorba Linda, CA 92887

Dated: _____

_____

United States Bankruptcy Judge

Copy furnished to Financial Administrator

United States Attorney